UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shirley Lindsay,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Best California Gas, Ltd., a California Limited Partnership; Platinum Springs, LLC, a California Limited Liability Company; Harsico, LLC, a California Limited Liability Company; and Does 1-10, Inclusive,<br><br>　　　　Defendants. | **CASE #:2:15-CV-01719-FMO-JCx**<br><br>**ORDER EXCLUDING EVIDENCE OF (1) OTHER LAWSUITS BY PLAINTIFF, AND (2) OTHER ALLEGED BARRIERS AT THE SITE**<br><br>**ACTION FILED: MARCH 10, 2015**<br>**TRIAL DATE: MAY 10, 2016**<br><br>**HON. FERNANDO M. OLGUIN** |

　　　　Plaintiff Shirley Lindsay ("Plaintiff" or "Lindsay"), Best California Gas, Ltd. ("Best California Gas"), Platinum Springs LLC ("Platinum Springs") and Harisco, LLC ("Harsico") (hereafter, Lindsay, Best California Gas, Platinum Springs and Harisco are each individually referred to as a "Party" and collectively referred to as the "Parties"), having requested and stipulated by and through their counsel of record that the Court enter this Order,

IT IS HEREBY ORDERED that:

1. During trial in this action there shall be no evidence of, references to evidence, testimony or argument regarding any other lawsuits filed by Plaintiff based upon or concerning alleged violations of the Americans with Disabilities Act ("ADA"), the California Disabled Persons Act and/or the California Unruh Civil Rights Act; and

2. During trial in this action there shall be no evidence of, references to evidence, testimony or argument regarding any alleged or actual accessibility barriers or violations at the service station site (at 6000 Canoga Avenue, Woodland Hills, California), except for the one accessibility barrier/violation alleged in the Complaint, to wit, that there allegedly was an insufficient number of disabled parking stalls at the service station site.

Dated:  March 7, 2016               /s/  Fernando M. Olguin
                                    United States District Judge