CENTER FOR DISABILITY ACCESS
RAYMOND G. BALLISTER, JR., SBN 111282
PHYL GRACE, ESQ., SBN 171771
CHRISTINA SOSA, ESQ, SBN 280048
Mail: PO Box 262490,
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300,
San Diego, CA 92131
(858) 375-7385; Fax (888) 422-5191
PhylG@PotterHandy.com

Attorneys for Plaintiff Shirley Lindsay

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shirley Lindsay**, | ) Case No.: 2:15-CV-01719-FMO-JC |
| Plaintiff, | ) |
| v. | ) **PLAINTIFF'S PRETRIAL DISCLOSURES** |
| **Best California Gas, LTD.,** a California Limited Partnership; **Platinum Springs, LLC,** a California Limited Liability Company; **Harsico, LLC,** a California Limited Liability Company; and Does 1-10, | ) Final Pretrial Conference: April 22, 2016 ) Time: 10:00 a.m. ) ) ) Complaint Filed: March 10, 2015 ) Trial Date: May 10, 2016 |
| Defendants. | ) ) |
| | ) Honorable Judge Fernando M. Olguin |

Pursuant to FRCP 26(a)(3) and Local Rules 16-2.3 and 16-2.4, the plaintiff hereby submits her Pretrial Disclosures.  Discovery and investigation is ongoing and Plaintiff reserves the right to revise, withdraw, amend or modify and/or supplement these disclosures should new information become available.

1

1. **WITNESSES PLAINTIFF EXPECTS TO PRESENT**

Shirley Lindsay– 7117 Alvern Street Apt. E-307, Los Angeles, CA 90045 – (213)354-5611

Evens Louis– 5351 Lasher Road, Calabasas, CA 91302 – (818)321-6645

Pierre Daniel– P.O. Box 11935, Marina Del Rey, CA 90295

LaShawn Hodge– 5001 Wilshire Blvd. #112-324, Los Angeles, CA 90036

2. **WITNESSES PLAINTIFF EXPECTS TO PRESENT BY DEPOSITION**

None at this time.

3 **EXHIBITS PLAINTIFF EXPECTS TO OFFER**

- Plaintiff's photographs of exterior of Defendant's business, taken February 25, 2015.
- Copy of photographs of the parking taken by Plaintiff on her July 4, 2015 visit to the Gas Station.
- Copy of photographs of the parking at the Gas Station, provided by Defendants.
- Copy of receipt from Plaintiff's August 23, 2015 visit to the Gas Station.
- Copy of a satellite image of the parking at the Gas Station located at or about 6000 Canoga Avenue, Woodland Hills, California.

Should the need arise, Plaintiff may offer:

- Copy of Corporation Grant Deed by and between Exxon Corporation and Best California Gas Ltd. For the property located at or about 6000 Canoga Avenue, Woodland Hills, California, provided by Defendant.
- Copy of Retail Facility Lease between Tesoro Refining & Marketing Company, LLC and Harisco, LLC (including Exhibits A [Authorized Ancillary Business Uses of the Premises], B [Lessee's Maintenance Obligations] and C [Addendum to Retail Facility Lease] thereto)

2

1

2

- Plaintiff's Requests For Admission, Set One, propounded on Defendant Best California Gas, LTD on May 26, 2015, and associated Verified Supplemental Responses

3

4

5

- Plaintiff's Requests For Production of Documents, Set One, propounded on Defendant Best California Gas, LTD on May 26, 2015, and associated Verified Supplemental Responses

6

7

- Plaintiff's  Special Interrogatories, Set One, propounded on Defendant Best California Gas, LTD on May 26, 2015, and associated Verified Supplemental Responses

8

9

- Plaintiff's Requests For Admission, Set One, propounded on Defendant Platinum Springs, LLC on May 26, 2015, and associated Verified Supplemental Responses

10

11

12

- Plaintiff's Requests For Production of Documents, Set One, propounded on Defendant Platinum Springs, LLC on May 26, 2015, and associated Verified Supplemental Responses

13

14

- Plaintiff's  Special Interrogatories, Set One, propounded on Defendant Platinum Springs, LLC on May 26, 2015, and associated Verified Supplemental Responses

15

16

- Plaintiff's Requests For Admission, Set One, propounded on Defendant Harsico, LLC on May 26, 2015, and associated Verified Responses

17

18

- Plaintiff's Requests For Production of Documents, Set One, propounded on Defendant Harsico, LLC on May 26, 2015, and associated Verified Responses

19

20

- Plaintiff's  Special Interrogatories, Set One, propounded on Defendant Harsico, LLC on May 26, 2015, and associated Verified Responses

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

3

Plaintiff's Pretrial Disclosures                    Case #: 2:15-CV-01719-FMO-JC

1   Plaintiff reserves the right to revise, withdraw and/or to supplement these Pretrial

2   Disclosures as necessary and produce additional witness and exhibits who may be relevant to

3   this case as they become known during the course of this litigation and as permitted by

4   Fed.R.Civ.P. 26(e).

5

6   Dated: April 8, 2016                                    CENTER FOR DISABILITY ACCESS

7

8                                                    By:    /s/ Christina Sosa

9                                                    CHRISTINA SOSA
                                                     Attorneys for Plaintiff
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff's Pretrial Disclosures                          Case #: 2:15-CV-01719-FMO-JC