# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-1719 FMO (JCx) | Date | April 11, 2016 |
|---|---|---|---|
| Title | Shirley Lindsay v. Best California Gas, Ltd., et al. | | |

Present: The Honorable  Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**  (In Chambers) Order Re: Order to Show Cause

The court's Case Management Order (Dkt. 18, Court's Order of May 22, 2015) provides that "[c]ounsel for the parties shall [lodge and/or file pretrial documents] no later than April 8, 2016." (Id. at 18).  The parties have not filed all the required documents.  (See, generally, Dkt.). Accordingly, IT IS ORDERED that plaintiff, defendants, and their counsel shall appear before the court on **April 14, 2016**, at **10:00 a.m.** in Courtroom 22 of the Spring Street courthouse and **shall show cause why sanctions should not be imposed against the parties and/or their counsel for failure to comply with the Court's Order of May 22, 2015.  The parties' filing of a Notice of Settlement shall be considered a satisfactory response to the Order to Show Cause**.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |